```
```

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

JAMES EDWARD DEATON,         *

    Petitioner           *

                                        CASE NO. 6:02-CR-15 (CDL)
vs.                          *
                                        CASE NO. 6:05-CV-15 (CDL)
WILLIAM TERRY, Warden,       *

    Respondent           *

ORDER ON REPORT AND RECOMMENDATION
BY UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on April 7, 2005, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 2nd day of May, 2005.

                                                     CLAY D. LAND
                                       UNITED STATES DISTRICT JUDGE

